UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID BEALER, ROSEANNE, and STACY BEALER, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-9270 c/w 06-3612** |
| **AARON BROUSSARD, THE PARISH OF JEFFERSON, STATE OF LOUISIANA, and THE PARISH'S CONSOLIDATED DRAINAGE DISTRICTS, ET AL** | **SECTION "K"(3)** |

## ORDER

Before the Court is the "Motion for Summary Judgment" filed on behalf of defendant Aaron Broussard (Doc. 11). The deadline for filing an opposition to the motion has long since passed, and no opposition to the motion has been filed. Accordingly, the motion is GRANTED as unopposed.

New Orleans, Louisiana this 29th day of April, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE