UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID BEALER, ROSEANNE, and STACY BEALER, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-9270 c/w 07-3612** |
| **AARON BROUSSARD, THE PARISH OF JEFFERSON, STATE OF LOUISIANA, and THE PARISH'S CONSOLIDATED DRAINAGE DISTRICTS, ET AL** | **SECTION "K"(3)** |

### ORDER

Considering the "En Banc Order" filed in *In the Matter of Ashton R. O'Dwyer, Jr.*, No. 08-1492 (Doc. 31) suspending plaintiffs' counsel from the practice of law in this Court for a period of five years, with the first two years being active suspension, and the remaining years on a probationary status,

**IT IS ORDERED, ADJUDGED, AND DECREED,** that the captioned cases are hereby STAYED until such time as new counsel admitted to practice in this Court enrolls on behalf of plaintiffs David Bealer, Roseanne Bealer, and Stacy Bealer.

New Orleans, Louisiana, this 10th day of November, 20, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE